IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARRON MICHAEL LEWIS,
ADC #151373                                                                                         PLAINTIFF

V.                         CASE NO. 5:16-CV-297-JM-BD

WENDY KELLEY, et al.                                                                            DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (docket entry #27) is GRANTED, in part, and DENIED, in part. Mr. Lewis's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 23rd day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE